JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

December 1, 2022

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Plaintiffs' letter-motion seeking an extension of time to file the settlement agreement for review and approval by the Honorable Laura Taylor Swain pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015) (the "Settlement Submissions") (ECF No. 214) is GRANTED. The parties shall file the Settlement Submissions by **Friday, December 16, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF No. 214.
>
> SO ORDERED 12/02/22
>
> SARAH L. CAVE
> United States Magistrate Judge

   Re:    **Curry v. P&G Auditors and Consultants, LLC, 20 CV 6985 (LTS) (SLC)**
          **Curry v. GRC Solutions, LLC, 21 CV 11017 (LTS) (SLC)**

Dear Judge Cave:

        Together with Klein Law Group of New York PLLC and Roller Law Group, we represent the Plaintiffs in the above-referenced actions.  As the Court is aware, the parties have reached a settlement in the above-referenced action, and the deadline for the parties to submit the settlement agreement for approval is tomorrow.  Due to an unexpected issue, there is still one outstanding signature on the settlement papers.  Accordingly, we respectfully request that the deadline to submit the settlement agreement be extended by two weeks, to December 16, 2022.  We thank the Court for its attention to this matter.

                        Respectfully submitted,

                        /s/ Denise A. Schulman
                        Denise A. Schulman

cc: All counsel (via ECF)