UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CURRY, et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>P&G AUDITORS AND CONSULTANTS, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO: 20 Civ. 6985 (SLC) |
| KENNETH CURRY, et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>GRC SOLUTIONS, LLC and PGX, LLC,<br><br>Defendants. | CIVIL ACTION NO: 21 Civ. 11017 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **July 24, 2023**, Plaintiffs shall file a letter advising the Court as to whether any individuals have opted out of the class settlement.  (See 20 Civ. 6985, ECF Nos. 229; 231).  The Court will enter signed stipulations of dismissal in both cases separately.

Dated:    New York, New York
          June 9, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**